UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

DESIRAE KENNETT,
Plaintiff,
vs.

COMMISSIONER of Social Security,
Defendant.
_____/

Civil No. 3:24-cv-02172-CL

ORDER GRANTING AWARD
OF EAJA FEES, EXPENSES
COSTS

## ORDER

Based upon Plaintiff's stipulated Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(l)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in *Astrue v Ratliff*, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $6,500.00, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in *Ratliff* shall be paid to the Plaintiff, and mailed to the attorney's office.

Dated this 20 day of October, 2025

Mark D. Clarke
United States Magistrate Judge